UNITED STATES FEDERAL COURT     EASTER DISTRICT    TYLER TEXAS    CAUSE .----------

MICHAEL WILLIAMS   PLAINTIFF   5815 CROSS CREEK CIRCLE TYLER TEXAS 75703   9035811298

V.

STATE FARM NSURANCE COMPANIES  CORPORATE HEADQUATERS    1 STATE FARM PLAZA BLOOMINGTON , IL. 61710

MICHAEL BASSETT.......ERMAL MECAJ......JOSEPH NAZE......HENRY FUENTES..... CHRIS ( KUOJ).... TAYLOR (ENCH)...TEAM 66...ET AL

---

FEDERAL RULE 5.C SERVE ALL AT AME LOCATION

FEDERAL CODE 18 USC 1513 RETALIATION OF A FEDEDERAL WITNESS  TYLER POLICE  17-0058536

THRETS OF BODILY INJURY TO PLAINTIFF

RACKETEERING..... SELLING PROPERTY INSURANCE WITH NO INTENT TO PAY ROOF CLAIMS

POTENTIAL CLASS ACTION

---

STATEMENT OF CLAIM

PLAINTIFF HAD PROPERTY INSURANE AND AUTO INSURANCE WITH STATE FARM FOR 49 YEARS. HAVING FAITHFULLY PAID PREMIUMS . PLAINTIFF FILED CLAIMS IN 2016 AND 2017.....ADJUSTERS HAD DIFFERENT ESTIMATES. THIS YEAR ALL OF MY OMMUNITY HAD HAIL CLAIMS. I HAVE EVIDENCE. PHOTOS . VIDEO AND AUDIO OF THE SDJUSTERS. DARREN BOONE (AGENT ) CONSPRED TO COVER UP.

TEXAS HAD SEVERAL LARGE HAIL AND WIND STORMS IN 2016 AND 2017. STATE FARM DENIED MOST.

STATE FARM IS IN FINANCIAL TROUBLE AND UNDER RESERVES LOSSES TO SHOW PROFITS.

VIDEO AND AUDIO EVIDENCE. PLAINTIFF INFORMED TEAM 66 MANAGEMENT. RECORDED AUDIO OF MANAGER SCREAMING AND TALKING OVER PLAINTIFF.

FOR THESE REASONS AND OTHER ULES, PLAINTIFF SEEKS DAMAGES OF $100 MILLION DOLLARS.

==========================================================================

ARBTRARY AND CAPRIOUS CLAIMS PROCEDURES OF SATELLITE IMAGING AND SOFT WARE FRAUD.

JURY TRIAL REQUESTED.

*[signature]*

**FILED**

JUN 19 2017

Clerk, U.S. District Court
Texas Eastern