General Complaint

**FILED**

JUN 2 6 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Michael E. William

Case Number: 6:17cv369

List the full name of each plaintiff in this action.

VS.

State Farm Insurance Co.
Head Quarters.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

None - Distinguished
Pro Se 1785 Congress

C. Results of the conference with counsel:

_____N/A_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes __✓__No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

   Plaintiff _____

   Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   _____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

   _____

6. Disposition: Was the case dismissed, appealed or still pending?

   _____

7. Approximate date of disposition. _____

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1 _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _STATE FARM INS. Hg.___
        _1# STATE FARM AVE._
        _Bloomington, Ill_

        Dft #2: _____

        _____

        _____

        Dft #3 _____

        _____

        _____

    Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Previously Filed

V.   Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Roofing Fraud — Poss. class Action

My Roof — Criminal Fraud

Rico

Signed this __24__ day of __June__, 20__17__.
                           (Month)                              (Year)

_[signature]_

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                    Date

                                        Signature of each plaintiff