**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MICHAEL E. WILLIAMS** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:17-CV-369** |
| | § | |
| **STATE FARM INSURANCE**, *et al*. | § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

Any motion not previously ruled on is **DENIED**.

The Clerk is directed to close the case.

**So ORDERED and SIGNED this 22nd day of December, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE